IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re: ) CHAPTER 11
)
**J.R. WILLIAMS, LLC** ) Case No. **4:15-bk-05736-SHG**
)
) MINUTE SHEET FOR THE
) SECTION 341(a) MEETING
)
Debtor(s). ) DATE & TIME: **6/11/15 @ 12:30 P.M.**
)

Debtor Present (✓) YES ( ) NO  PRESIDING OFFICER: **CHRISTOPHER J PATTOCK**

Debtor's Address: _____

APPEARANCE BY ATTORNEY FOR DEBTOR: **DENNIS M BREEN III** ✓ Yes ___ No

_Robert~~x~~ Bransky_ _____ PRESENT ON BEHALF OF DEBTOR

DEBTOR SWORN AND EXAMINED? (✓) YES ( ) NO

APPEARANCES:

| | NAME | REPRESENT |
|---|---|---|
| 1. | Jim Bauch | Axiom Foods Inc. |
| 2. | | Growing Naturals, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

RELATED CASES: _____

SCHEDULES FILED ( ) YES ( ) NO    IF NO, HAS ORDER BEEN ENTERED EXTENDING
TIME? ( ) YES ( ) NO       IF NO, WHY HAVE SCHEDULES NOT BEEN FILED?

_____

WHEN WILL SCHEDULES BE FILED? _____

( ✓ ) Concluded     ( ) Continued to:

                              Date: _____
                              Time: _____
                              Location: _____

( ) Dismiss for Failure to Appear and/or for Failure to File Schedules